```
___ ENTERED          ___ SERVED ON
                         COUNSEL/PARTIES OF RECORD

      MAR 10 2020

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE **April 17, 2019** TERM. 19-01 | MINUTES OF COURT<br>DATE: March 10, 2020 @ 12:39 p.m. – 12:41 p.m. |

PRESENT:   The Honorable   **Cam Ferenbach**, U.S. Magistrate Judge.

DEPUTY CLERK:   **Jerry Ries**          REPORTER:   **Bonnie Terry**

UNITED STATES ATTORNEY:   **Daniel Clarkson**   COURTROOM:   **3D**

A roll call of the Grand Jury is taken with **20** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **2** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| | | |
|---|---|---|
| 2:19-cr-249-JCM BNW SUPERSEDING | 1 SEALED DEFENDANT<br>1 SEALED DEFENDANT | LOCAL FEDERAL CUSTODY WARRANT |
| 2:20-cr-52 | 1 SEALED DEFENDANT | WARRANT |
| 2:20-cr-53 | RICKY FLAMENCO | WARRANT – WRIT |
| 2:20-cr-54<br>2:19-mj-964 EJY | PHUONG TANG | LOCAL FEDERAL CUSTODY |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:19-cr-249 for Defendant #1; and 2:20-cr-54** will be held on **Tuesday, March 17, 2020 @ 2:30 p.m.** before **MAGISTRATE JUDGE DANIEL J. ALBREGTS in Courtroom 3A.**

**IT IS ORDERED** that the Initial Appearance /Arraignment & Plea as to: **2:20-cr-53** will be held on **Tuesday, March 17, 2020 @ 2:30 p.m.** before **MAGISTRATE JUDGE DANIEL J. ALBREGTS in Courtroom 3A.**

The Arraignment and Plea will be held at the time of the Initial Appearance.

DEBRA KEMPI, Clerk
United States District Court

/S/ Jerry Ries

Deputy Clerk