UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>ETHAN ERHARDT,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:19-CR-249 JCM (BNW)<br><br>SEALED ORDER |

MINUTE ORDER IN CHAMBERS of the Honorable Judge James C. Mahan re: 72 Motion

The government's ex parte motion to unseal this case is GRANTED.

DATED March 19, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**